# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

LISA TORRES

5:24–cv–00783

PLAINTIFF(S)

v.

BLOCK, INC. , et al.

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

DEFENDANT(S).

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____        _____        _____

Date Filed              Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated:  April 16, 2024          By:  */s/ Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
                                     Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –